# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Symantec Corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Joseph Teshome, an individual and d/b/a Pronet Cyber Technologies and Does 1-10, inclusive,

TO: (Name and address of defendant)

Joseph Teshome
5810 Kingstown Blvd., #743
Alexandria, Virginia 22315

**RMW**

**RS**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 20 2008

Richard W. Wieking
CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE

Service of the Summons and Complaint was made by me [1]

Name of SERVER          TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

TRAVEL          SERVICES          TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure