J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symantec Corporation, | Case No. CV 08 1619 RMW RS |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| v. | CIVIL LOCAL RULE 3-16(c)(1) |
| Joseph Teshome, an individual and d/b/a Pronet Cyber Technologies and Does 1 – 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March __, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff Symantec Corporation

ORIGINAL

Symantec v. Teshome: Notice of Interested Parties        - 1 -